THE PEOPLE OF THE STATE OF NEW YORK Respondent, v. LOUIS VANACORE, Appellant.— Judgment of the County Court of Nassau County convicting the defendant of the crime of robbery in the first degree unanimously affirmed. In view of the overwhelming evidence of the defendant's guilt; the alleged errors,

if any, must be disregarded. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.